

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_5005tr

| Debtor: | The Mortgage Store, Inc. | Case No.: 10-03454 |
|---|---|---|
| Joint Debtor:<br>(if any) | | Chapter: 7 |
| [If adversary proceeding, complete the information below. Use "et al." if multiple parties.]<br>Plaintiff(s): Dane S. Field<br>vs.<br>Defendant(s): Lawrence P. Abatie, et al. | | Adversary Proceeding No.:<br>11-90004 |
| **NOTICE OF TRANSMITTAL** | | |

To: United States District Court of Hawaii

The document or matter described below is being transmitted to your court for further attention. The docket sheet in this matter is attached for reference. Please acknowledge receipt by reply email or other method together with your case or proceeding number.

☐ **Application to Proceed Without Prepaying Fees or Costs.** The application concerns a fee due in the amount of _____ for:

    ☐ Notice of Appeal/Cross Appeal/Direct Appeal

    ☐ Other:

☐ **Motion to Withdraw Reference.** ☐ If checked, filing fee has been paid.

☑ **Report and Recommendation to District Judge.**

☐ Other:

Michael B Dowling
Clerk of Court

**Receiving Court Case No.:** _____