```
                    UNITED STATES DISTRICT COURT

                         DISTRICT OF HAWAII
```

| | |
|---|---|
| DANE S. FIELD, Chapter 7 Trustee,<br><br>       Plaintiff,<br><br>  vs.<br><br>LAWRENCE P. ABATIE; KATHY A. ABATIE; HSBC BANK, USA, NATIONAL ASSOCIATION, as Trustee for DALT2007-0A2, its successors in interest, agents, assignees and or assignors; KAANAPALI HILLSIDE HOMEOWNERS' ASSOCIATION, its successors in interest, agents, assignees and or assignors; FIRST HAWAIIAN BANK, a Hawaii Corporation; and UNIFUND CCR PARTNERS, a New York Partnership,<br><br>       Defendants. | CIVIL NO. 12-00101 SOM/KSC<br><br>**ORDER ADOPTING BANKRUPTCY JUDGE'S FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

## ORDER ADOPTING BANKRUPTCY JUDGE'S
## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Proposed Findings of Fact and Conclusions of Law having been filed on January 31, 2012, and served on all parties on February 2, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 157(c)(1) and Rule 9033(d) of the Federal Rules of Bankruptcy Procedure, the Proposed Findings of Fact and Conclusions of Law are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 7, 2012.



   /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Dane S. Field v. Lawrence P. Abatie, et al.; CIVIL NO. 12-00101 SOM/KSC; **ORDER ADOPTING BANKRUPTCY JUDGE'S FINDINGS OF FACT AND CONCLUSIONS OF LAW**